COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Rickie Bane
E.H.C.C./Fox-6-B DOC No. 88292
P.O. Box 174
St. Gabriel, LA 70776

**REHEARING ACTION: August 24, 2011**

**Docket Number: 11   00408-KH**

**STATE OF LOUISIANA
VERSUS
RICKIE BANE**

**Writ Application from St. Martin Parish Case No. 95-167473**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rickie Bane** has this day been

    **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for  the Respondent